UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOU, XIU QING, aka YU, XIAN CHIN,

       Petitioner,

  -against-

KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; THOMAS DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement; STEVE AHRENDT, in his capacity as Warden of New Jersey Bergen County Jail; and MICHAEL SAUDINO, in his capacity as Sherriff of Bergen County, NJ,

       Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2018

18 Civ. 5392

**ORDER OF RELEASE**

ANALISA TORRES, District Judge:

  Petitioner's requests for a temporary stay of removal and release from detention are GRANTED. The Department of Justice and the Warden of the Bergen County Jail, 160 South River Street, Hackensack, NJ 07601, are ORDERED to immediately release Petitioner, Xiu Qing You (A# 077-297-007), on his personal recognizance pending the Court's resolution of his habeas petition.

  A memorandum decision shall follow in due course.

  SO ORDERED.

Dated: June 20, 2018
   New York, New York

              _____
              ANALISA TORRES
             United States District Judge