UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

XIU QING YOU, *a/k/a* XIAN CHIN YU,

                    Plaintiff,

    -against-

KRISTJEN M NIELSEN. THOMAS CIOPPA,
THOMAS DECKER, STEVE AHRENDT,
MICHAEL SAUDINO, JEFFERSON B.
SESSIONS III, *in his official capacity as the
Attorney General of the United States*, U.S.
DEPARTMENT OF HOMELAND SECURITY,

                  Defendants.
------------------------------------X

ORDER

18 Civ. 5392 (GBD) (SN)

GEORGE B. DANIELS, District Judge:

    The Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated: February 10, 2021
       New York, New York

                              SO ORDERED.

                              GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE